**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 22-7031**

─────────

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

TIMOTHY LAFON MURPHY, a/k/a TJ,

    Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:04-cr-00241-FL-1)

─────────

Submitted:  October 11, 2023      Decided:  December 28, 2023

─────────

Before WYNN, Circuit Judge, and KEENAN and FLOYD, Senior Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Timothy Lafon Murphy, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Lafon Murphy appeals the district court's order denying his motions for compassionate release under 18 U.S.C. § 3582(c)(1)(A) and for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Murphy*, No. 5:04-cr-00241-FL-1 (E.D.N.C. Aug. 26, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*